UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMA MARINA HEYMAN,<br>Plaintiff,<br>v.<br>LLEWELLYN ROSSBACHER,<br>Defendant. | Case No. 4:25-cv-02991-KAW<br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 9 |

On April 1, 2025, Plaintiff filed this civil action and application to proceed *in forma pauperis*. On May 23, 2025, the Court granted Plaintiff's application to proceed *in forma pauperis*. Pursuant to 28 U.S.C. § 1915(e)(2), the Court then screened Plaintiff's complaint and found it deficient, finding that Plaintiff had failed to set forth a "short and plain statement of the claim showing that the pleader is entitled to relief." (Amending Screening Order, Dkt. No. 9 at 3.) The Court ordered Plaintiff to file an amended complaint that provided the legal and factual basis for all claims by June 27, 2025. *Id.* at 3.  The Court warned that the failure to do so would result in the case being reassigned to a district judge with the recommendation that the case be dismissed. *Id.* To date, Plaintiff has not filed an amended complaint.

Shortly after the screening order was filed, Plaintiff filed a notice of change of address. (Dkt. No. 10.)  Thus, it is possible that Plaintiff never received the screening order informing them of the need to file an amended complaint.[1]

Accordingly, the Court ORDERS Plaintiff to show cause, by **August 15, 2025**, why the case should not be dismissed for failure to prosecute, and why they did not timely file the

---

[1] A copy of the amended screening order (Dkt. No. 9) is attached to this order.

1  amended complaint.  Additionally, Plaintiff shall file the amended complaint.  Failure to respond
2  to the order to show cause and file the amended complaint by the deadline will result in the Court
3  reassigning the case to a district judge with the recommendation that the case be dismissed.
4       Again, Plaintiff may wish to contact the Federal Pro Bono Project's Help Desk for
5  assistance—a free service for pro se litigants—by calling (415) 782-8982 to make an appointment.
6  Plaintiff may also wish to consult the manual the court has adopted to assist pro se litigants in
7  presenting their case.  This manual, and other free information for pro se litigants, is available
8  online at: https://cand.uscourts.gov/pro-se-litigants/.
9       IT IS SO ORDERED.
10 Dated: July 16, 2025

                                              KANDIS A. WESTMORE
                                              United States Magistrate Judge