UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMA MARINA HEYMAN,<br>　　　　Plaintiff,<br>　　v.<br>LLEWELLYN ROSSBACHER,<br>　　　　Defendant. | Case No. 4:25-cv-02991-KAW<br><br>**SECOND ORDER TO SHOW CAUSE; ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. Nos. 9, 14 |

　　　　On April 1, 2025, Plaintiff filed this civil action and application to proceed in forma pauperis. On May 23, 2025, the Court granted Plaintiff's application to proceed in forma pauperis. Pursuant to 28 U.S.C. § 1915(e)(2), the Court then screened Plaintiff's complaint and found it deficient, finding that Plaintiff had failed to set forth a "short and plain statement of the claim showing that the pleader is entitled to relief." (Amending Screening Order, Dkt. No. 9 at 3.) The Court ordered Plaintiff to file an amended complaint that provided the legal and factual basis for all claims by June 27, 2025. *Id.* at 3. Plaintiff did not file an amended complaint.

　　　　Shortly after the screening order was filed, Plaintiff filed a notice of change of address, so, on July 16, 2025, the Court issued an order to show cause to Plaintiff, and attached a copy of the amended screening order, and mailed it to Plaintiff's new address. (*See* Dkt. No. 14.) Therein, Plaintiff was ordered to show cause, by August 15, 2025, "why the case should not be dismissed for failure to prosecute, and why they did not timely file the amended complaint." *Id.* at 1-2. Additionally, Plaintiff was ordered to file the amended complaint by August 15, 2025. *Id.* at 2. To date, Plaintiff has not responded to the order to show cause, filed an amended complaint, nor have there been any other filings in this case.

　　　　Accordingly, the Court issues a SECOND ORDER TO SHOW CAUSE and orders

Plaintiff to show cause, by **October 24, 2025**, why the case should not be dismissed for failure to prosecute, and to explain why they did not timely file the amended complaint or respond to the July 16, 2025 order to show cause. Additionally, Plaintiff shall file the amended complaint. **Failure to respond to the second order to show cause and file the amended complaint by the deadline will result in the Court reassigning the case to a district judge with the recommendation that the case be dismissed.**

Again, Plaintiff may wish to contact the Federal Pro Bono Project's Help Desk for assistance—a free service for pro se litigants—by calling (415) 782-8982 to make an appointment. Plaintiff may also wish to consult the manual the court has adopted to assist pro se litigants in presenting their case. This manual, and other free information for pro se litigants, is available online at: https://cand.uscourts.gov/pro-se-litigants/.

Finally, the Court continues the September 23, 2025 case management conference to December 16, 2025 at 1:30 p.m. via Zoom videoconference. Case management statements are due on or before December 9, 2025.

IT IS SO ORDERED.

Dated: September 15, 2025

KANDIS A. WESTMORE
United States Magistrate Judge