UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMA MARINA HEYMAN,<br><br>Plaintiff,<br><br>v.<br><br>LLEWELLYN ROSSBACHER,<br><br>Defendant. | Case No. 25-cv-02991-JST<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION TO DISMISS CASE**<br><br>Re: ECF No. 16 |

The Court has reviewed Magistrate Judge Kandis A. Westmore's report and recommendation to dismiss this case without prejudice for failure to prosecute. ECF No. 16. The 14-day period for objections has elapsed, and no objections have been filed. *See* Fed. R. Civ. P. 72(b)(2).

The Court finds the report to be correct, well-reasoned, and thorough, and adopts it in every respect. Plaintiff Alma Marina Heyman has failed to file an amended complaint, and she has also failed to respond to two orders to show cause. Since filing this case on April 1, 2025, the only document Heyman has filed is a notice of change of address on May 27, 2025. ECF No. 10. Heyman therefore appears to have abandoned this case, which the Court now dismisses without prejudice under Rule 41(b) of the Federal Rules of Civil Procedure.

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: December 5, 2025

_____
JON S. TIGAR
United States District Judge